

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*  (973) 645-2700
*Newark, NJ 07102*

March 20, 2012

**VIA EMAIL**
Honorable Jose L. Linares
United States District Judge
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re: <u>United States v. Andrew Cox, Cr. No. 11-99 (JLL)</u>

Dear Judge Linares:

  Please accept this letter response to Defendant Andrew Cox's *pro se* motion for release pending appeal before entry of judgment of conviction (Docket No. 78). As indicated in the defendant's motion, he is represented by counsel and has opted against counsel's advice to file the instant motion *pro se*. <u>See</u> Docket No. 78 at 1 ("I am submitting this motion *pro se* because **my very competent counsel** and I (reasonable minds) disagree . . .") (emphasis added). Pursuant to well-settled law in the Third Circuit, a defendant is not entitled to hybrid representation and district courts may properly exercise their discretion to disregard *pro se* filings by represented defendants. <u>See</u> <u>United States v. D'Amario</u>, No. 07-4134, 268 Fed. Appx. 179 (3d Cir. 2008) (also citing <u>McKaskle v. Wiggins</u>, 465 U.S. 168, 183 (1984) (finding that there is no constitutional right to hybrid representation)).

  Accordingly, the government respectfully requests that the Court dismiss the defendant's *pro se* motion for release. We thank the Court for its consideration.

            Respectfully submitted,

            PAUL J. FISHMAN
            United States Attorney

            By: JANE H. YOON
            Assistant U.S. Attorney

cc: Michael Orozco

**SO ORDERED.**

_____     3/20/12
HON. JOSE L. LINARES, U.S.D.J.      DATE