UNITED STATES DISTRICT COURT
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

May 1, 2012

Andrew Cox
ECCF J201107038
354 Doremus Avenue
Newark, NJ 07105

Michael N. Pedicini
60 Washington Street
Morristown, NJ 07960

Jane Yoon
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

## LETTER ORDER

Re:  **United States v. Cox**
     **Criminal No.: 11-99**

Dear Messrs. Cox and Pedicini and Ms. Yoon:

In this Court's May 1, 2012 Order, the Government was given ten (10) days to file a response, if any, to Pro Se Defendant Andrew Cox ("Defendant")'s Pro Se Motion for Release from Custody [Docket Entry No. 78] as well as his Motion to Disqualify the Instant District Judge and for Entry of a New District Judge [Docket Entry No. 86]. The Court having considered the proper order upon which Defendant's Pro Se Motions will be heard,

IT IS on this 1st day of May, 2012,

**ORDERED** that the Government shall have ten (10) days to file its response, if any, to Defendant's Pro Se Motion for Removal and Sanctioning of Government Counsel [Docket Entry No. 89], the Court considering Defendant's Pro Se Motions in the following order: (1) Motion to Disqualify the Instant District Judge and for Entry of a New District Judge [Docket Entry No. 86]; (2) Defendant's Pro Se Motion for Removal and Sanctioning of Government Counsel [Docket Entry No. 89]; (3) Defendant's Pro Se Motion for Release from Custody [Docket Entry No. 78]; and (4) Defendant's Pro Se Motion to Withdraw his Plea of Guilty [Docket Entry No. 95].

IT IS SO ORDERED.

_____
Jose L. Linares
United States District Judge