UNITED STATES DISTRICT COURT
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

May __, 2012

Andrew Cox
ECCF J201107038
354 Doremus Avenue
Newark, NJ 07105

Michael N. Pedicini
60 Washington Street
Morristown, NJ 07960

Jane Yoon
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

## LETTER ORDER

Re:  **United States v. Cox**
     **Criminal No.: 11-99**

Dear Messrs. Cox and Pedicini and Ms. Yoon:

This matter comes before the Court by way of Defendant Andrew Cox's: (1) request to withdraw his Motion to Disqualify the instant District Court Judge; (2) request to reply to the Government's Opposition to said motion. [Docket Entry No. 106]. Given the inconsistent nature of the request, and in the abundance of caution,

IT IS on this _15_ day of **May, 2012,**

**ORDERED** that Defendant may file his reply, if any, to the Government's response to Defendant's following motions: (1) Motion to Disqualify the Judge [Docket Entry No. 86]; (2) Motion for Removal of Government Attorneys [Docket Entry No. 89]; and (3) Motion for Release Pending Sentencing [Docket Entry No. 78]. The Court will accordingly review said motions as pending motions which have not been terminated.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge