NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW COX,<br><br>Defendants. | Criminal No.: 11-099 (JLL)<br><br><br><br>ORDER |

Please be advised that oral argument on defendant's motions as against the Government [Docket Entry Nos. 88, 90, 92, 95 and 108] and his Motion for Release [Docket Entry No. 78] is scheduled for **Monday, July 16, 2012** at **1:30 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

Jose L. Linares,
United States District Judge

Dated: June 6, 2012