UNITED STATES DISTRICT COURT
District of New Jersey

CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

June 19, 2012

Andrew Cox
ECCF J201107038
354 Doremus Avenue
Newark, NJ 07105

Michael N. Pedicini
60 Washington Street
Morristown, NJ 07960

Jane Yoon
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

## LETTER ORDER

Re: **United States v. Cox**
    **Criminal No.: 11-99**

Dear Messrs. Cox and Counsel:

    This matter comes before the Court by way of Defendant Andrew Cox's request that this Court hear at its July 16, 2012 hearing Defendant's Motion to Produce a Search Warrant for the purported March 23, 2011 search and seizure at the Maitland home by Pre-Trial Services. [Docket Entry No. 113]. The Court will hear oral argument on Defendant's Motion to Produce to the extent that said motion is incorporated into Defendant's Motion to Dismiss [Docket Entry No. 88], with arguments regarding government misconduct incorporated by reference from Defendant's Motion for Release from Custody [Docket Entry No. 78].

    **IT IS** accordingly on this 19 ~~day~~ of **June, 2012,**

    **ORDERED** that the Government shall file its response, if any, to Defendant's Motion to Produce [Docket Entry No. 87] no later than June 25th, 2012; and it is further

    **ORDERED** that Defendant shall file his reply thereto, not to exceed five (5) pages, by July 2nd, 2012.

    **IT IS SO ORDERED.**

Jose L. Linares
United States District Judge