CHAMBERS OF
JOSE L. LINARES
JUDGE

MARTIN LUTHER KING JR.
FEDERAL BUILDING & U.S. COURTHOUSE
50 WALNUT ST., ROOM 5054
P.O. Box 999
Newark, NJ 07101-0999
973-645-6042

June __, 2012

Andrew Cox
ECCF J201107038
354 Doremus Avenue
Newark, NJ 07105

Michael N. Pedicini
60 Washington Street
Morristown, NJ 07960

Jane Yoon
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

## LETTER ORDER

Re: **United States v. Cox**
    **Criminal No.: 11-99**

Dear Messrs. Cox and Counsel:

The Court has received Defendant Andrew Cox ("Defendant")'s request for an extension to file his response to the Government's opposition to his pending motion to withdraw his guilty plea from June 19, 2012 to June 28, 2012. The Government has consented to Defendant's request for an extension.

IT IS accordingly on this 20 day of **June, 2012,**

**ORDERED** that Defendant may submit his reply to the Government's opposition to his motion to withdraw his guilty plea no later than June 28, 2012.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge