NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal Action No. 11-99 (JLL) |
|---|---|
| Plaintiffs, | |
| v. | ORDER |
| ANDREW COX, | |
| Defendant. | |

**THIS MATTER** comes before the Court by way of Defendant's motion to withdraw his plea of guilty [Docket Entry No. 95]. For the reasons stated in the Court's corresponding Opinion dated July 30, 2012,

**IT IS** on this **30th day of July, 2012**,

**ORDERED** that Defendant's motion to withdraw his plea of guilty [Docket Entry No. 95] is **DENIED**; and it is further

**ORDERED** that the following motions are all **DENIED AS MOOT**: Defendant's motion to dismiss the Superseding Complaint and Indictment [Docket Entry No. 88]; Defendant's motion to produce grand jury materials [Docket Entry No. 92]; Defendant's motion for discovery [Docket Entry No. 78]; Defendant's motion to declare his innocence as to "the six dated counts on which [he] previously pled guilty" and for the return of property seized by pretrial services while on bail [Docket Entry No. 108]; Defendant's motion to disclose the reason for sealing [Docket Entry No. 90]; and Defendant's motion for pretrial services to produce the

1

search warrant for its March 23, 2011 search and seizure [Docket Entry Nos. 87, 113]; and it is further

**ORDERED** that Defendant's sentencing is hereby set for **Wednesday, August 8, 2012 at 1:30 p.m.** before the Undersigned.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge

2